400 A.2d 634

Commonwealth v. Congo, Appellant.

Petition for Allowance of Appeal Denied March 30, 1979.

Submitted March 20, 1978.

Roy Davis, Assistant Public Defender, for appellant; Sandra L. Gross, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 634

Commonwealth v. Dolby, Appellant.

Petition for Allowance of Appeal Denied March 1, 1979.

Submitted September 15, 1978.

Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.